IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ROBERTO FELICIANO ALVARADO<br>D/B/A SUPERMERCADO DANNY<br>A/K/A CENTRO AHORROS<br><br>DEBTOR(S)<br>ROBERTOA FELICIANO ALVARADO<br><br>PLAINTIFF<br><br>VS.<br><br>AUTORIDAD DE ENERGIA ELECTRICA<br>MIRNA I. MARTINEZ SANTOS<br><br>DEFENDANT(S) | CASE NO. 10-01324 BKT<br><br>CHAPTER 11<br><br>ADVERSARY PROCEEDING NO. 10-0145<br><br>FILED & ENTERED ON 09/29/2010 |

NOTICE RESCHEDULING HEARING

The hearing to consider pretrial scheduling conference scheduled for 11/04/2010 at 09:00 A.M. will now be held on 11/17/2010 at 09:00 A.M., at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur, Courtroom No. 3, Third floor, San Juan, Puerto Rico.

San Juan, Puerto Rico, this 29 day of September, 2010.

CELESTINO MATTA-MENDEZ
CLERK OF THE COURT

BY: /S/ WENDY VEGA
CASE MANAGER

c: DEBTOR(S)
NYDIA GONZALEZ ORTIZ
ROBERTO FELICIANO ALVARADO
EDUARDO J CORRETGER REYES
AUTORIDAD DE ENERGIA ELECTRICA

# CERTIFICATE OF NOTICE

```
District/off: 0104-2          User: vegaw            Page 1 of 1             Date Rcvd: Sep 29, 2010
Case: 10-00145                Form ID: pdf003        Total Noticed: 13

The following entities were noticed by first class mail on Oct 01, 2010.
smg           DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
smg           PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
               SAN JUAN, PR  00918
smg          +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust          +EDWARD A. GODOY,   OFFICE OF THE U. S. TRUSTEE,   OCHOA BUILDING, 3RD FLOOR,
               500 TANCA STREET, SUITE 301,   SAN JUAN, PR 00901-1938
ust          +JOSE CARLOS DIAZ-VEGA,   U.S. Trsutee,   Ochoa Building,   500 Tanca Street, Suite 301,
               San Juan, PR 00901-1938
ust          +MONSITA LECAROZ ARRIBAS,   OFFICE OF THE US TRUSTEE (UST),   OCHOA BUILDING,
               500 TANCA STREET  SUITE 301,   SAN JUAN, PR 00901-1938
ust          +MONSITA LECAROZ ARRIBAS (MM),   OFFICE OF THE US TRUSTEE,   OCHOA BUILDING,
               500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust          +NANCY PUJALS,   OFFICE OF THE US TRUSTEE,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust          +OFFICE U.S. TRUSTEE,   EXECUTIVE OFFICE OF THE US TRUSTEE,   500 TANCA STREET,   SUITE 301,
               SAN JUAN, PR 00901-1938
ust           WIGBERTO LUGO MENDER,   LUGO MENDER&CO,   CENTRO INTERNACIONAL DE MERCADEO,
               CARR 165 TORRE I SUITE 501,   GUAYNABO, PR  00968
dft           AUTORIDAD DE ENERGIA ELECTRICA,   PO BOX 363508,   SAN JUAN, PR  00936-3508
pla          +ROBERTO FELICIANO ALVARADO,   PO BOX 898,   SALINAS, PR 00751-0898

The following entities were noticed by electronic transmission.
NONE.                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           TRACY N SCHROEDER,   US TRUSTEE OFFICE
dft           Mirna I Martnez Santos
ust*         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
                                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2010** **Signature:** Joseph Speetjens