IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| ROBERTO FELICIANO ALVARADO | CASE NO. 10-01324 BKT<br>CHAPTER 11 |
| Debtor(s) | ADVERSARY NO. 10-0145 |
| ROBERTO FELICIANO ALVARADO | |
| Plaintiff | |
| AUTORIDAD DE ENERGIA ELECTRICA<br>MIRNA I MARTINEZ SANTOS | FILED & ENTERED ON 10/19/2010 |
| Defendant(s) | |

ORDER GRANTING UNOPPOSED MOTION

Before this Court is the Motion to Dismiss filed by Defendants Autoridad de Energia Electrica and Mirna I. Martinez Santos, on 9/16/2010, Docket No. 6.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted. The complaint is dismissed with prejudice.

Brian K. Tester
U.S. Bankruptcy Judge

c: DEBTOR(S)
NYDIA GONZALEZ ORTIZ
EDUARDO J CORRETJER REYES